# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE HUERTA,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., et al.,<br><br>Defendants. | Case No. 1:26-cv-07552-JLT-EGC<br><br>**ORDER DIRECTING CLERK TO TERMINATE CERTAIN DEFENDANTS**<br><br>(Doc. 8) |

On September 23, 2026, the parties filed a Stipulation of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as to Defendant Laken Long, notifying the Court that this Defendant is voluntarily dismissed without prejudice. (Doc. 8).

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

"The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because the parties filed a stipulation of dismissal without prejudice under Rule 41(a), this case has automatically terminated as to Defendant Laken Long. Fed. R. Civ. P. 41(a)(1)(A). Accordingly, the Clerk of Court is DIRECTED to terminate Defendant Laken Long.

This case shall remain OPEN pending resolution of Plaintiff's case against the remaining Defendants.

IT IS SO ORDERED.

Dated: **September 24, 2026**

UNITED STATES MAGISTRATE JUDGE